In the Matter of ROY H. RUDD, Respondent, against JOSEPH A. MARCHETTI, Appellant.

Argued September 17, 1938; decided September 17, 1938.

*Milton Hertz, Louis Waldman* and *Charles Wilson* for appellant.

*Nathan W. Math* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.